FILED
SEP 20 2016
Clerk, U.S. District and Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VANESSA HOLLOWAY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case: 1:16-cv-01879 Jury Demand |
| v. ) | Assigned To : Unassigned |
| ) | Assign. Date : 9/20/2016 |
| HOWARD UNIVERSITY, ) | Description: Pro Se Gen. Civil (F Deck) |
| ) | |
| Defendant. ) | |

## MEMORANDUM OPINION

This matter is before the Court on plaintiff's application to proceed *in forma pauperis* and her *pro se* civil complaint. The application will be granted, and the complaint will be dismissed without prejudice.

Plaintiff alleges that Howard University's law library has acquired multiple copies of a book she authored. *See* Compl. at 1-2. She objects to the acquisitions because Howard University has not conferred her degree. *See id.* Plaintiff deems this a conflict of interest, *see id.* at 3, and she invokes her "author rights," *id.* at 2, to ask the Court to "[o]rder removal of [her] book from Howard University Law Library shelf and search catalog," *id.* at 3.

Federal district courts have jurisdiction in civil actions arising under the Constitution, laws or treaties of the United States. *See* 28 U.S.C. § 1331. In addition, federal district courts have jurisdiction over civil actions where the matter in controversy exceeds $75,000, and the suit is between citizens of different states. *See* 28 U.S.C. § 1332(a). As the complaint does not set forth a constitutional or statutory basis for plaintiff's claims, it is not apparent that this action arises under the United States Constitution or federal law. Because the complaint does not

3

demand damages in excess of $75,000 or allege the parties' residence in different states, plaintiff does not demonstrate diversity of citizenship.  Accordingly, the complaint will be dismissed for lack of subject matter jurisdiction.

    An Order consistent with this Memorandum Opinion is issued separately.

DATE: 9/16/16

_____
United States District Judge